**Sakima Iban SALIH EL BEY, Plaintiff–Appellant,**

v.

**Joan KENNEDY, Administrator, Child Support; Edward Yeager, Managing Law Counsel; Salome Iora Salih El Bey; C. Ashley Lamm, Attorney; Pat McCrory, Governor of North Carolina, Defendants–Appellees.**

No. 15–1802.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2015.

Decided: Oct. 22, 2015.

Sakima Iban Salih El Bey, Appellant Pro Se.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sakima Iban Salih El Bey appeals the district court's order dismissing without prejudice his civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *El Bey v. Kennedy*, No. 3:15–cv–00272–GCM (W.D.N.C. July 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*